# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-1391

_____

|  |  |  |
|---|---|---|
| Harvey James Cole, individually and as personal representative of Margaret Cole, | * * * * | |
| Appellant, | * * | Appeal from the United States District Court for the |
| v. | * * | District of Minnesota. |
| Upjohn Company, also known as Pharmacia & Upjohn Company, | * * * * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: November 19, 1998
Filed: November 27, 1998

_____

Before BOWMAN, Chief Judge, LOKEN, Circuit Judge, and HAND,[1] District Judge.

_____

PER CURIAM.

Harvey James Cole appeals the grant of summary judgment by the District Court[2] in favor of defendant Upjohn Company in this product liability action. Having

_____

[1]The Honorable William Brevard Hand, United States District Judge for the Southern District of Alabama, sitting by designation.

[2]The Honorable Paul A. Magnuson, Chief Judge, United States District Court for the District of Minnesota.

considered the appeal, we conclude the District Court did not err in deeming Upjohn's request for admissions to have been admitted by Cole and in granting summary judgment.

Accordingly, the judgment of the District Court is affirmed. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.